| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150 |
| | Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| | Telephone: (415) 436-6915 |
| 6 | FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| XIAO LIU, | ) |
| | ) No. C 08-5760 CW |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO EXTEND BRIEFING** |
| | ) **SCHEDULE; AND ORDER** |
| MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security; | ) |
| JONATHAN SCHARFEN, Director of United | ) |
| States Citizenship and Immigration Services, | ) |
| | ) |
| Defendants. | ) |

The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the briefing schedule in General Order No. 61 in the immigration case, including the answer deadline, by thirty days in light of the fact that the parties are attempting to resolve this matter administratively and there is a reasonable possibility that the United States Citizenship and Immigration Services (USCIS) may be able to issue a decision in this matter concerning a delayed application for permanent residence in the next thirty days.

STIPULATION TO EXTEND BRIEFING SCHEDULE
C 08-5760 CW                                             1

| | | |
|---|---|---|
| 1 | Dated: March 23, 2009 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO |
| | | United States Attorney |
| 3 | | |
| 4 | | /s/ |
| | | EDWARD A. OLSEN |
| | | Assistant United States Attorney |
| 5 | | Attorneys for Defendants |
| 6 | | |
| 7 | Dated:  March 23, 2009 | /s/ |
| | | JUSTIN FOK, Esq. |
| | | Law Offices of Jean D. Chen |
| 8 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: __3/25__, 2009                       _____
                                            CLAUDIA WILKEN
                                            United States District Judge

STIPULATION TO EXTEND BRIEFING SCHEDULE
C 08-5760 CW                                    2