1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
       Telephone: (415) 436-6915
6      FAX: (415) 436-6927
7  Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                             OAKLAND DIVISION
11
   XIAO LIU,                          )
12                                     )  No. C 08-5760 CW
                  Plaintiff,           )
13                                     )
              v.                       )  **STIPULATION TO DISMISS; AND**
14                                     )  **ORDER**
   MICHAEL CHERTOFF, Secretary of the  )
15 Department of Homeland Security;    )
   JONATHAN SCHARFEN, Director of United )
16 States Citizenship and Immigration Services, )
                                       )
17                Defendants.          )
   _____ )
18
19      The plaintiff, by and through her attorney of record, and defendants, by and through their

20 attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the above-entitled

21 action in light of the fact that the United States Citizenship and Immigration Services (USCIS) has

22 adjudicated the plaintiff's application for permanent residence.

23      Each of the parties shall bear their own costs and fees.

24
25
26
27
28

STIPULATION TO DISMISS
C 08-5760 CW                            1

1    Dated: March 30, 2009            Respectfully submitted,

2                               JOSEPH P. RUSSONIELLO
                               United States Attorney

3

4                                    /s/
                               EDWARD A. OLSEN
                               Assistant United States Attorney

5                                Attorneys for Defendants

6

7    Dated:   March 30, 2009              /s/
                               JUSTIN FOK, Esq.
                               Law Offices of Jean D. Chen

8                                Attorney for Plaintiff

9

10                           **ORDER**

11        Pursuant to stipulation, IT IS SO ORDERED.

12            4/3

13    Dated: _____, 2009                  _Claudia Wilken_____

14                                CLAUDIA WILKEN
                               United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS
C 08-5760 CW                         2